James A. Sellers, #184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
Telephone: (657) 363-4699

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| TAMARA HARRIS, | Case No. 6:18-cv-02074-MC |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendants. | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Tamara Harris ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. The parties anticipate that a Joint Stipulation of Dismissal With Prejudice will be filed within (45) days as the parties finalize a settlement agreement. Pending the Joint Stipulation, the parties respectfully request this honorable Court to vacate all deadlines and hearings, specifically the case-management conference currently scheduled for March 25, 2019 at 10 a.m.

Plaintiff is filing this Notice with Defendant's approval and permission.

| | |
|---|---|
| DATED: March 22, 2019 | RESPECTFULLY SUBMITTED, |
| | *s/ James A. Sellers* |
| | James A. Sellers, #184404 |

2

NOTICE OF SETTLEMENT