UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TAMARA HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No. 6:18-cv-02074-MC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tamara Harris ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

DATED: April 25, 2019

RESPECTFULLY SUBMITTED,

By: *James A. Sellers*
James A. Sellers, OSB No. 184404
jamess@jlohman.com
The Law Offices of Jeffrey Lohman
4740 Green River Rd., Ste. 310
Corona, CA 92880
Telephone: (657) 363-4699

Attorney for Plaintiff

By: *Jeanne K. Sinnott*
Jeanne K. Sinnott, OSB No. 075151
jeanne.sinnott@millernash.com
MILLER NASH GRAHAM & DUNN LLP.
111 SW 5th Avenue, Suite 3400
Portland, OR 97204
Telephone: (503) 205-2418

By: *Holly Anne Priest*
Holly Ann Priest, *Pro Hac Vice*

| | |
|---|---|
| 1 | PriestH@ballardspahr.com |
| 2 | Ballard Spahr LLP<br>One Summerline |
| 3 | 1980 Festival Plaza Drive<br>Suite 900 |
| 4 | Las Vegas, NV 89135<br>702-868-7517<br>Fax: 702-471-7070 |
| 5 | Attorneys for Defendant |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE