IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMARA HARRIS,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Civ. No. 6:18-CV-02074-MC

JUDGMENT

MCSHANE, Judge:

    Based upon the stipulation of the parties, this action is dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

    DATED this April 26, 2019.

                                         /s/ Michael J. McShane
                                          Michael McShane
                                       United States District Judge

1 – JUDGEMENT